VANDERBILT WEBB, Respondent, Appellant, v. SHOZO WATANABE and SEUICHI YUYAMA, Defendants. FRANK ZIZMOR and JULIUS ZIZMOR, Appellants.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM S. HART and MARY HART, Copartners, etc., Respondents, v. UNITED ARTISTS CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RICHARD V. S. HILLIER, Respondent, v. RICHARD CHAPLIN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEONA ROTH, Suing on Behalf of Herself and All Other Stockholders Similarly Situated of the FRED F. FRENCH OPERATORS, INC., Appellant, v. FRED F. FRENCH OPERATORS, INC., and Others, Respondents, Impleaded with Others.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve its complaint within ten days after service of order upon payment of said costs and the costs which plaintiff was required by the order granting motion of defendants "Irving" S. Broun and John G. Wilshusen for judgment dismissing the amended supplemental complaint, to pay as a condition for leave to serve its complaint. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALBERT ZUFLACHT and OTTO GREENBAUM, Respondents, v. CITIZENS CASUALTY COMPANY OF NEW YORK, Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion further granted to the extent of precluding the plaintiffs with respect to item 29, unless they serve a bill supplying the information called for therein within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEXINGTON & FORTIETH CORPORATION and THE HOTEL CONCORD, INC., Respondents, v. CORNELIUS CALLAGHAN and CATHERINE CALLAGHAN, Appellants, Impleaded with Another.— Order, so far as appealed from unanimously modified by denying the motion as to items 9, 13 and 16 of the notice of motion, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ISIDORE HIRSCH, Appellant, v. SEYMOUR EDWARDS CARLL, Respondent, Impleaded with Others.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ADELAIDE ISOLA, as Receiver of the Property of BENJAMIN BASS, Respondent, v. BENJAMIN BASS and Others, Defendants, Impleaded with JENNIE PODVOLL and ROSE LONDON, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.